David C. Wakefield, Esq.    Bar #: 185736
Lightning Law, APC
10620 Treena Street, Suite 230
San Diego, CA  92131
Telephone:  619.485.4300; Facsimile:  619.342.7755
E-mail:    dcw@DMWakeLaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>Plaintiffs,<br><br>v.<br><br>**HESS GENESEE PARK LLC; and DOES 1 THROUGH 10, Inclusive**<br><br>Defendants | Case #:  3:23-cv-02351-MMA-MMP<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITH</u> PREJUDICE OF ENTIRE ACTION AFTER SETTLEMENT**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)] |

///

///

///

IT IS HEREBY NOTICED by all the Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), that all the Plaintiffs hereby dismiss WITH prejudice all Defendants and the present action in its entirety.  The Parties to this action have settled this case in its entirety.  Defendants have not filed an answer or a motion for summary judgment.  Pursuant to FRCP and Ninth Circuit Court authority, Plaintiffs Notice of Voluntary Dismissal is effective immediately and does not require an Order from the court.

**IT IS SO NOTICED.**

Dated: 03/22/2024                                    **Lightning Law, APC**

/S/  David C. Wakefield_____
By: DAVID C. WAKEFIELD, ESQ.
Attorney for all Plaintiffs

///

///

///

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.

On 03/22/2024, I served the documents described below on all interested parties in the attached service list by the method indicated below:

**1.    NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AFTER SETTLEMENT**

_____    **BY MAIL -** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

_____    **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server.

_____    **VIA FACSIMILE –** I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

XXXX_____    **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(es) indicated.

_____    **BY OVERNIGHT DELIVERY –** I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in

3
Dismissal With Prejudice Of Entire Action
Case#  3:23-cv-02351-MMA-MMP

accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

____ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**XX** (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

At San Diego, California.

/s/David C. Wakefield_____
DAVID C. WAKEFIELD

### SERVICE LIST

David E. Karlin, Esq
The Karlin Law Firm LLP
13522 Newport Ave. Suite 201
Tustin, CA 92780
Phone: (714) 731-3283
Fax:   (714) 731-5741
Email: david@karlinlaw.com
Attorney for Defendants

4

Dismissal With Prejudice Of Entire Action
Case#  3:23-cv-02351-MMA-MMP